# United States District Court
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>***Plaintiff,***<br>**v.**<br>**CHARLEY DEAN WHISENHUNT,**<br>***Defendant.*** | **CRIMINAL COMPLAINT**<br>**UNDER SEAL**<br>**Case No.** 26-MJ-262-DES |

I, Cody Beall, the undersigned complainant, state that the following is true to the best of my knowledge and belief.

On or about August 19, 2026, in the Eastern District of Oklahoma, **CHARLEY DEAN WHISENHUNT**, committed the crime of **Destruction of Aircraft** in violation of Title 18, United States Code, Section 32(a)(5).

I further state that I am a Special Agent with the Federal Bureau of Investigation (FBI), and that this complaint is based on the following facts:

(See Affidavit of Cody Beall which is attached hereto and made a part hereof by reference.)

☒ Continued on the attached sheet.

Cody Beall
Special Agent
Federal Bureau of Investigation

Sworn to on September 18, 2026.

D. EDWARD SNOW
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Cody Beall, a Special Agent with the Federal Bureau of Investigation, being duly sworn, do depose and state the following:

## AGENT BACKGROUND AND INTRODUCTION

2. I am a federal law enforcement officer as defined under Rule 41(a)(2)(C) and am authorized to request this arrest warrant because I am a government agent who is engaged in enforcing federal criminal laws and I am within the category of officers authorized by the Attorney General to request such a warrant.

3. I am an agent with the FBI. I have been employed by the FBI since June 2022. In 2022 I completed the Basic Field Training Course required to become an FBI Special Agent. In connection with my official duties as an FBI Special Agent, I have conducted a wide variety of investigations involving terrorism, firearms violations, and crimes involving aircraft. I have further worked alongside other experienced investigators in relation to terrorism, firearms, and aircraft investigations. Through my training, experience, and interaction with experienced special agents, and other investigators, I have become familiar with the illegal use and possession and firearms. As part of my official duties, I have conducted investigations and arrests of persons engaged in the illegal use and possession of firearms.

4. I am familiar with the facts and circumstances of this investigation. The facts set forth in this affidavit are based on my personal observations, knowledge obtained from other law enforcement officers, my review of documents related to this investigation, conversations with others who have personal knowledge of the events and circumstances described herein, and a review of open-source information including information available on the Internet. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the application for an arrest warrant, it does not set forth each and every fact I or others have learned during the course of this investigation.

5. Based on my training and experience and the facts as set forth herein, there is probable cause to believe that a male known as Charley Dean Whisenhunt has violated Title 18, United States Code, Section 32(a)(5) at or near the residence located at 105 Garden Road, Broken Bow, Oklahoma 74728 in McCurtain County, within the Eastern District of Oklahoma herein referred to as TARGET RESIDENCE. I know that 18 U.S.C. § 32 (a)(5) provides the following:

> Whoever willfully—
>
> (5) interferes with or disables, with intent to endanger the safety of any person, or with a reckless disregard for the safety of human life, anyone engaged in the authorized operation of such aircraft or any air navigation facility aiding in the navigation of any such aircraft;

**PROBABLE CAUSE**

6. On 08/19/2026, M.F., was flying a helicopter and spraying tracts of land on behalf of Weyerhaeuser Company. M.F. was spraying herbicides to eliminate underbrush to prevent them from competing with the trees.

7. While flying and spraying tracts, M.F. heard gunfire and believed someone was firing at him. The gunfire frightened M.F., and caused M.F. to call law enforcement to try and report the shooting. Due to a communication issue, M.F. was unable to fully explain what happened. M.F. deviated course and sprayed in a different area.

8. After [redacted] finished spraying, M.F. landed and examined the helicopter. M.F. did not find any gunshots on the helicopter.

9. Later that same day, after landing the helicopter, M.F. called law enforcement again and reported the shooting.

10. Law enforcement learned M.F. is employed as a pilot for [redacted] and contracted to spray for Weyerhaeuser. M.F. received his commercial rotorcraft license on January 30th, 2023. The helicopter flown by M.F. was identified to be a Bell OH-58 registration number- N310SP, Serial number [redacted]. M.F.s Pilot License number is [redacted]

11. M.F. described [redacted] location during the shooting as "right over the trees". [redacted] stated [redacted] could hear the gun shots, 6-7 shots in approximately 5 seconds. [redacted] described the house as a bigger house with two vehicles outside. M.F. used a map on a phone to show officers who arrived on scene where the house was. [redacted] also provided the coordinates to

the dispatcher while [redacted] was on the phone with her while in the air. The coordinates [redacted] provided were 34.0864834, -94.8785449

12. Law enforcement later determined the property is located at 105 Garden Road, Broken Bow, Oklahoma. It is within the Eastern District of Oklahoma. It is owned by C.L. and F.B . After speaking with F.B. [redacted] advised Charley Whisenhunt lives there alone. The property spans eight acres and has a two-story brick residence on it. It also has two separate outhouses. When you arrive at the property there is a green gate that is locked with a padlock and chain, followed by a long driveway with the two-story house at the end. Next to the house are the two shed/outhouses.

13. M.F. described being shot at approximately five to seven times in rapid succession from the TARGET RESIDENCE. M.F. estimated [redacted] altitude at approximately 60 feet at the time of the shooting. M.F. did not see the shooter but described the location of the shooting.

14. Based on M.F. description of the location of the shooting, law enforcement went to the TARGET RESIDENCE.

15. At the TARGET RESIDENCE, law enforcement encountered a locked gate that blocked the driveway. Law enforcement parked their car at the gate, climbed over, and approached the TARGET RESIDENCE on foot. Law enforcement knocked on the door and Charley Whisenhunt Sr. (Whisenhunt) answered the door holding a handgun. When the deputy asked him to put his gun down, he did not comply and stated "what do you want?" The officer advised [redacted] wanted to talk, to which Whisenhunt responded with

"Talk." When asked if he heard a helicopter earlier Whisenhunt stated "Yes, motherfucker shouldn't have been around here. They were buzzin about 10 fuckin times" The officer asked if he would put that on paper and Whisenhunt said "no". The officer then started to walk back to [redacted] vehicle. After arriving at [redacted] vehicle, the officer reached inside and grabbed a rifle and pointed it towards Whisenhunt and stated "Hey, don't fucking come up here with that firearm dude". Whisenhunt stated "Get the fuck away from my God damn (unintelligible)." (The description of events in this paragraph is based on my review of the law enforcement officer's body camera footage.)

16. On August 20, 2026 law enforcement returned to TARGET RESIDENCE. They parked at the gate, climbed over, and approached the TARGET RESIDENCE on foot. Law enforcement knocked on the door and announced it was the sheriff's office. Whisenhunt opened the door approximately 5-6 inches where you can see his face and kept his hands out of sight. When asked if he shot at the helicopter the day prior Whisenhunt stated "Yep." He was asked did you point the gun at the air and shoot at it? Whisenhunt stated "No, I shot at it. It came here buzzin, it was about twenty minutes at least" "it was fucking with me, whoever it was they knew what they was doing. They were in a light observation helicopter, white had blue stripes on it. I'm thinking it was some kind of fucking uh law enforcement helicopter now, I don't know it had to be somebody rich enough to come fucking with me." The officer explained Weyerhaeuser has land around the area and they hire sprayers for their land. Whisenhunt responded "Not like that, NOT like that, I know boom sprayers, I know when I'm being targeted." The officer explained

the pilot was at the end of the trail and Whisenhunt cut him off and said “Bullshit, bullshit I sat here and fucking watched him he can try that shit all day long” When asked if he was shooting at him Whisenhunt responds “(unintelligible) I wasn’t leading him like I should have been I just wanted him out of the fucking AO” When asked if he saw sparks he responded “You got to lead em dude.” Whisenhunt stated “I am sorry about this, but that was bullshit what he was doin.” (The description of events in this paragraph is based on my review of the law enforcement officer’s body camera footage.)

17. On or around August 24th, 2026, law enforcement spoke with Whisenhunt’s family members. Law enforcement spoke with a cousin, believed to be D.H. The following statement was provided by Sheriff Shirey. ‘[redacted] (D.H.) related to me that the suspect was in the army for a number of years and [redacted] was unsure if he retired or was medically discharged. Suspect suffers from PTSD and can go from calm to mad over anything. I asked the cousin about firearms, ied's and other clandestine traps and was told the following. The cousin told me that it had been a few years since the last time [redacted] was at the suspect's house. But the suspect does keep a 45-caliber pistol in a holster next to the door along with a shotgun and rifle at each door. He has a very large gun collection with ammo supply to match, and he has gun placed throughout the house. The suspect had also told the cousin that [redacted] should always walk on the roadway leading to the house and should never approach or walk along any of the fences on the property . [redacted] assumed that the suspect had stuff set up along the fence.”

["[redacted]" relates to the cousin, "Suspect" refers to Whisenhunt, and "I/Me" relates to the Sheriff]

18. On or about August 28th, 2026, law enforcement spoke with B.H., [redacted]. B.H. stated that [redacted] been worried about Whisenhunt for several years due to his degrading PTSD and mental health issues. B.H. stated that [redacted] hasn't spoken to Whisenhunt for several years, but their daughter J.Y. has seen and spoken to him several times in the past two years. B.H. stated that there's no way to contact him since he doesn't have a phone. [redacted] stated that he believes everyone is out to get him and watching him. B.H. said that their son [redacted] hadn't spoken to his father in over 13 years. B.H. stated that years ago he was always talking about making "booby traps" on his property to keep people away. [redacted] doesn't believe he would do it though. B.H. also stated that he made the comment to his daughter the last time she saw him that "this will probably be the last time you see me"

19. On or about August 28th, 2026, law enforcement spoke with F.B., [redacted], who stated that Whisenhunt was [redacted] brother and that the last time [redacted] spoke with him was 6 months ago. [redacted] spoke to him through an app, Whatsapp, but does not own a phone. F.B. advised that Whisenhunt is extremely paranoid and owns several pistols and rifles. [redacted] stated that he usually answers his door with a pistol in his hand. F.B. did advised that [redacted] believes his mental health has declined in recent years and that he doesn't like to leave his house. He house-sits for B.W. and D.W. when they go out of town and watches their dogs. F.B. stated that Whisenhunt will come to the door with a gun when someone visits his

residence. He will answer the door with a gun in his hand until he can see who it is. F.B. advised that Whisenhunt has not been going to his VA appointments and has not been on his prescribed medication for an extended period of time, although [redacted] did not know what type of medication he takes.

20. On or about September 3rd, 2026, law enforcement spoke with B.W., [redacted], who stated that [redacted] is the [redacted] of Whisenhunt and lives across the highway from him [redacted] visits him approximately 2 times a month to take him his mail and check on him. B.W. stated that [redacted] thinks his mental health has improved over the last 6 months. [redacted] also stated that he suffers from PTSD and paranoia. B.W. made mention that [redacted] has heard about people saying he has "booby traps" on his property but [redacted] highly doubts it because [redacted] allows [redacted] grandchildren on the property to fish without hesitation. B.H. stated that Whisenhunt will come to the door with a gun in his hand anytime he answers the door, no matter who it is. [redacted] stated that he has several guns throughout the house and has a large rifle behind the door whenever he answers it. B.H. was asked if [redacted] heard a helicopter in the area recently and [redacted] stated that [redacted]eard one the week prior above [redacted] property as well as across the street. [redacted]tated that [redacted] heard, what sounded like, several gunshots in the area of Whisenhunts house and said "oh lord, I hope that wasn't him shooting at the helicopter". When [redacted] was advised that he indeed did shoot at the helicopter, [redacted] was not surprised. After being told this, B.H. stated that his mental health must be on the decline again. [redacted] stated that he does not have a phone, cable or internet and only watches

prerecorded television shows or DVD's. [redacted] stated that if we showed up in numbers, "he will arm himself to the teeth".

**CONCLUSION**

21. In sum, based on my investigation, I believe there is probable cause to arrest Charley Dean Whisenhunt for a violation of 18 U.S.C. § 32(a)(5).

Respectfully submitted,

Cody Beall

Special Agent

Federal Bureau of Investigation

D. EDWARD SNOW
UNITED STATES MAGISTRATE JUDGE