**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>***Plaintiff,***<br>**v.**<br><br>**CHARLEY DEAN WHISENHUNT,**<br><br>***Defendant.*** | **FILED UNDER SEAL**<br><br>**Case No.** 26-MJ-262-DES |

## MOTION TO FILE UNDER SEAL

Comes now the United States of America, by and through Christopher J. Wilson, United States Attorney, and Jarrod Leaman, Assistant United States Attorney, for the Eastern District of Oklahoma, and requests the Criminal Complaint, this Motion to File Under Seal, and the Order Sealing in the above-captioned case be filed under seal. The Government makes this request to protect the privacy and safety interests of the Government's investigation. Any disclosure of these documents could jeopardize its investigation.[1]

Wherefore, the United States of America respectfully requests the Criminal Complaint, this Motion to File Under Seal, and the Order Sealing submitted in the above-captioned case be filed under seal.

Respectfully submitted,

CHRISTOPHER J. WILSON
United States Attorney

s/ *Jarrod Leaman*
JARROD LEAMAN, OBA # 22623
Assistant United States Attorney
Attorney for the Plaintiff

[1]See *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 598, 98 S.Ct. 1306, 55 L.Ed.2d 570 (1978)(courts have inherent power, as incident to their constitutional function, to control papers filed with the courts within certain constitutional and other limitations); *In re Knight Pub. Co.*, 743 F.2d 231 (4th Cir.1984)(trial court has supervisory power over its own records and may, in its discretion, seal documents if the public's right of access is outweighed by competing interests); *Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 65 (4th Cir.1989)(a judicial officer may deny access when sealing a document is essential to preserve higher values and is narrowly tailored to serve that interest); and *Times Mirror Co. v. United States*, 873 F.2d 1210 (9th Cir.1989)(upon showing by the government that an ongoing criminal investigation exists, a search warrant and related documents may be sealed).

520 Denison Avenue
Muskogee, OK 74401
(918) 684-5100
Fax (918) 684-5150