ORIGINAL

USAO-EDOK Arrest Warrant (Revised 6/13)

# United States District Court

## EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

*Plaintiff,*

v.

CHARLEY DEAN WHISENHUNT,

*Defendant.*

**WARRANT OF ARREST**

**Case No.** 26-MJ-262-DES

RECEIVED
By Eastern Oklahoma USMS at 1:10 pm, Sep 18, 2026

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: **CHARLEY DEAN WHISENHUNT**

and bring him forthwith to the nearest magistrate judge to answer a:

☐ Indictment ☐ Information ☒ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him with: Destruction of aircraft, in violation of Title 18, United States Code, Section 32(a)(5).

D. EDWARD SNOW
Name of Issuing Judicial Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Judicial Officer

D. Edward Snow
Signature of Issuing Judicial Officer

September 18, 2026, Muskogee, Oklahoma
Date and Location

Bail fixed at $ ______________________

by: ______________________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at: Broken Bow, OK (FBI) | | |
| DATE RECEIVED 9/18/26 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 10/8/26 | Gensmer DUSM | [signature] |

FILED

OCT 13 2026

BONNIE HACKLER
Clerk, U.S. District Court
By ______________________
Deputy Clerk