# UNITED STATES DISTRICT COURT

for the

EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No.: 26-MJ-262-DES |
| Plaintiff, | ) | |
| v. | ) | Date: 10/13/2026 |
| | ) | |
| CHARLEY DEAN WHISENHUNT | ) | Time: 1:43 p.m. – 1:58 p.m. |
| Defendant. | ) | |

**MINUTE SHEET**
**INITIAL APPEARANCE**
**(Complaint)**

U.S. Magistrate Judge D. Edward Snow    Toni Moore, Deputy Clerk    Reporter: none
FTR Courtroom: 1 - Room 230

Counsel for Plaintiff: Chris Wilson, USA
Counsel for Defendant: Michael Noland, Appointed

☒ Fin. Afd / Deft orally requested counsel    Objections ☐ yes ☒ no ☒ Court appointed counsel
☐ Interpreter: _________________; ☐ Sworn
Defendant appeared in person: ☒ with Counsel; ☐ Counsel waived; ☐ w/o Counsel;

☒ Defendant sworn
☒ Defendant acknowledged receipt of copy of Complaint
☒ Court advised defendant of constitutional rights, charges and possible penalties and waived reading of Charges.
☒ Court reminds Government of their discovery obligations pursuant to the Due Process Protections Act

☐ Defendant waived Preliminary Hearing    ☐ Waiver accepted by Court
☒ Defendant requested Preliminary Hearing    ☒ Preliminary Hearing: 10/22/2026 at 3:00 p.m.

**FINDINGS:**
☐ The court finds a crime has been committed and that defendant committed that crime (DES)

**DETENTION:**
☐ Parties have reviewed Pretrial Services Report regarding detention    Objections ☐yes ☐no - ☐ by ________
☒ Government filed Motion for Detention
☐ Defendant waived detention hearing
☐ Defendant reserved issue of detention at this time
☐ Defendant agreed issue of bond is moot
☒ Defendant requested Detention Hearing    ☒ Detention Hearing: 10/22/2026 at 3:00 p.m.

☒ Defendant remanded to custody of U.S. Marshal pending further proceedings
☐ Defendant allowed to post bond in the amount of _____ (unsecured) with conditions of release

☒ The sound recording for this hearing has been reviewed for completeness and correctness. The recording is a true and accurate record of these proceedings. TM