FILED

OCT 13 2026

BONNIE HACKLER
Clerk, U.S. District Court
By ______ Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

**UNITED STATES OF AMERICA,**

***Plaintiff,***

**v.**

**CHARLEY DEAN WHISENHUNT,**

***Defendant.***

**Case No.** 26 CR 146 JFH

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

### INTERFERING WITH AIRCRAFT
### [18 U.S.C. §§ 32(a)(5) & 32(a)(8)]

On or about August 19, 2026, in the Eastern District of Oklahoma, **CHARLEY DEAN WHISENHUNT**, willfully interfered and attempted to interfere with M.F., a person engaged in the authorized operation of an aircraft, with reckless disregard for the safety of human life, by shooting a firearm at an aircraft operated by M.F., in violation of Title 18, United States Code, Sections 32(a)(5) and 32(a)(8).

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

CHRISTOPHER J. WILSON
United States Attorney

CHRISTOPHER J. WILSON, OBA #13801
United States Attorney