OKED 442 (Rev. 09/15)

RECEIVED
OCT 1 4 2026
U.S. Marshals
Eastern Oklahoma

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

ORIGINAL

United States of America
v.
CHARLEY DEAN WHISENHUNT,
*Defendant*

Case No. CR-26-146-JFH

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay CHARLEY DEAN WHISENHUNT, ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1 – Interfering with Aircraft

DATE: 10/13/2026
Muskogee, Oklahoma

UNITED STATES DISTRICT COURT ★ EASTERN DISTRICT OF OKLAHOMA ★

*WARRANT ISSUED:*
BONNIE HACKLER, Clerk

By: M. Waters
*Deputy Clerk*

### Return

This warrant was received on *(date)* 10/14/26, and the person was arrested on *(date)* 10/14/26
at *(city and state)* McAlester, OK.

Date: 10/14/26

*Arresting officer's signature*

Steiner-DUSM
*Printed name and title*

FILED
OCT 1 4 2026
BONNIE HACKLER
Clerk, U.S. District Court
By ____
Deputy Clerk